BEFORE THE FIRST DIVISION, OCTOBER 19, 1964

**No. 68831.**—Langfelder, Homma & Carroll, Inc., and Frank P. Dow Co., Inc. *v.* United States, protest 62/19866 (Seattle).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C.D. 1445), the claim of the plaintiffs was sustained.

**No. 68832.**—Novelty Import Co., Inc. *v.* United States, protest 61/349 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of "sample paper weights, of a value of $1 each or less, used in the United States for soliciting orders," the claim of the plaintiff was sustained.   *Swissedent International et al.* v. *United States* (47 Cust. Ct. 174, C.D. 2298), followed.

**No. 68833.**—Ply-World Corporation *v.* United States, protests 61/15596, etc. (Tampa).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise is properly classifiable as wallboard under the authority of Public Law 88–333, the claim of the plaintiff was sustained.